

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00170-CR

**WILLIAM CHARLES WEBB,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-678-C2**

# ORDER

On June 18, 2018, we received a document entitled "Appellant's Declaration of Inability to Pay Cost" from Appellant William Charles Webb. The document does not contain proper proof of service as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5.

We have previously invoked Rule 2 in this appeal to suspend Rule 9.5's proof-of-service requirement for Appellant's motion for the appointment of counsel, and we forwarded Appellant's motion for the appointment of counsel to the attorney of record

for the State.  However, the Clerk of the Court notified Appellant by letter dated June 7, 2018, that "[n]o other service will be undertaken as an accommodation by this Court."

Accordingly, "Appellant's Declaration of Inability to Pay Cost" is stricken.  *See* TEX. R. APP. P. 9.4(k).


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed July 3, 2018

